MARY A. DURKIN, Respondent, v. THOMAS R. SHARP, Receiver, etc., Appellant.

(Argued September 21, 1880 ; decided September 28, 1880.)

*E. B. Hinsdale* for appellant.

*Wm. W. Badger* for respondent.

Agree to affirm without opinion.
All concur, except RAPALLO, J., absent at argument.
Order affirmed.

---

THE BENEDICT & BURNHAM MANUFACTURING COMPANY, Respondent, v. DAVID G. THAYER, Appellant.

THE PEOPLE ex rel. DAVID G. THAYER, Appellant, v. PETER BOWE, Sheriff, etc., Respondent.

(Argued September 21, 1880 ; decided September 28, 1880.)

THIS was a motion to dismiss an appeal. The case is reported below (21 Hun, 614).

No undertaking was given on the appeal; no return had been filed and no steps taken in this court. *Held,* that no appeal was pending (Code of Civil Procedure, § 1326; *Raymond* v. *Richmond,* 76 N. Y. 106), and, therefore, there was none to dismiss.

*James S. Stearns* for motion.

*A. C. Brown* opposed.

*Per Curiam* opinion for denial of motion.
All concur, except FOLGER Ch. J., RAPALLO and FINCH, JJ., dissenting.
Motion denied.